No. 11–5719. GRANDOIT v. BANK OF AMERICA. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 938] denied.

No. 11–5810. IN RE JACKSON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 941] denied.

No. 11–6774. CADENHEAD v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir.; and

No. 11–7175. GARNETT v. UNITED STATES. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 27, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–7250. IN RE LEWIS;

No. 11–7262. IN RE BLACKBURN; and

No. 11–7306. IN RE DELONEY. Petitions for writs of habeas corpus denied.

No. 11–7285. IN RE CRUZ. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 11–6636. IN RE DEL RIO. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–6712. IN RE ELLIS. Petition for writ of mandamus denied.

No. 11–262. REICHLE ET AL. v. HOWARDS. C. A. 10th Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–148. BEAUCHAMP v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.